UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GLORIA J. HUNT,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. CV-06-5514-KLS<br><br><br><br>ORDER FOR REMAND |

   Based on the stipulation between the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  The parties, acting through their respective counsel, hereby agree that the above-captioned case be reversed and remanded for a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) will re-evaluate the medical evidence.  The ALJ will offer Plaintiff an additional opportunity to appear for a complete consultative mental status examination with appropriate psychological

Page 1     ORDER- [CV-06-5514-KLS]

testing. Appropriate clinical records will be provided to the consultant by the Social Security Administration. If available, Dr. Dahl will perform this examination. Plaintiff's representative will ensure that Plaintiff complies with this examination. After re-evaluation, the ALJ will reconsider Plaintiff's residual functional capacity and will obtain evidence from a vocational expert to address the issue of the effect of Plaintiff's non-exertional limitations on the occupational base. If necessary, the ALJ will perform a new step four or step five analyses. The parties agree that reasonable attorney fees should be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this 12th day of February, 2007.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ L. Jamala Edwards
L. JAMALA EDWARDS
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA   98104-7075
Phone:  206-615-3749
Fax:      206-615-2531
jamala.edwards@ssa.gov

Page 2      ORDER- [CV-06-5514-KLS]