Honorable Karen L. Strombom
United States Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GLORIA J. HUNT,<br><br>                              Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security Administration,<br><br>                              Defendant. | NO. C06-5514KLS<br><br>STIPULATION AND ORDER RE AWARD<br>OF ATTORNEY'S FEES AND COSTS |

STIPULATION

It is hereby stipulated and agreed by the undersigned attorneys for the parties that the plaintiff shall have a judgement against the defendant for attorney's fees and costs pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, *et. seq.* and based upon the reasonable amount of time of 19.10 hours by counsel for the plaintiff, a statutorily allowed rate of $160.71 per hour, and $17.80 for service of the summons and complaint in this matter, the following order may be signed and entered by the court.

DATED this 7th day of March 2007.

/s/ Charles W. Talbot                                   Approved by TC from Lisa Wolf on 3/7/07
Charles W. Talbot, WSBA #7448              L. Jamala Edwards
Attorney for Plaintiff                                    Attorney for Defendant

ORDER/JUDGMENT

STIPULATION AND ORDER RE AWARD
OF ATTORNEY'S FEES AND COSTS - 1

LAW OFFICE OF
TALBOT & ASSOCIATES, P.S.
5005 Center Street, Ste. E.
Tacoma, Washington, 98409
Fax (253) 564-9300
Phone (253) 566-9300

1  Based upon the foregoing stipulation, and the court agreeing that fees and expenses should be awarded under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and that costs should be awarded pursuant to 28 U.S.C. § 1920, good cause having been shown, now, therefore it is hereby

ORDERED, ADJUDGED, AND DECREED that the Commissioner is directed to pay to plaintiff attorney's fees in the sum of $3,069.56, and expenses of $17.80 pursuant to 28 U.S.C. § 1920, for a total judgment of $3,087.36.

DATED this 14th day of March 2007.

Karen L. Strombom
United States Magistrate Judge

Presented by:

/s/ Charles W. Talbot
Charles W. Talbot WSBA #7448
Attorney for Plaintiff

Approved for entry

Approved by TC from Lisa Wolf on 3/7/07
L. Jamala Edwards
Attorney for Defendant

STIPULATION AND ORDER RE AWARD
OF ATTORNEY'S FEES AND COSTS - 2

LAW OFFICE OF
TALBOT & ASSOCIATES, P.S.
5005 CENTER STREET, STE. E.
TACOMA, WASHINGTON, 98409
FAX (253) 564-9300
PHONE (253) 566-9300