# United States District Court

WESTERN DISTRICT OF WASHINGTON

GLORIA J HUNT,
        Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security.
        Defendant.

JUDGMENT IN A CIVIL CASE
FOR ATTORNEY FEES AND COSTS

CASE NUMBER: C06-5514KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that attorney fees in the amount of $3,069.56, and expenses in the amount of $17.80, for a total of $3,087.36, be awarded to plaintiff's attorney.

March 14, 2007

BRUCE RIFKIN
Clerk

/s/ *Traci Whiteley*
By Traci Whiteley, Deputy Clerk