Honorable Karen L. Strombom
United States Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GLORIA J. HUNT,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security Administration,<br><br>        Defendant. | NO. CV-06-5514-KLS<br><br>ORDER AWARDING ATTORNEY'S FEES<br>PURSUANT TO 42 U.S.C. § 406(b) |

This matter coming on regularly before the undersigned upon the motion of the plaintiff for an order awarding attorney's fees pursuant to 42 U.S.C. § 406(b), the response from defendant indicates there is no objection to this request and, the court having fully considered the pleadings filed in support of such request and deeming itself fully advised, now therefore it is

ORDERED ADJUDGED AND DECREED that counsel for the plaintiff shall be awarded attorney's fees pursuant to 42 U.S.C. § 406(b) in the gross amount of $12,619.50 less the prior EAJA award $3,069.56, for a net award of attorney's fees in the amount of $9,549.94.

DATED this 20th day of July, 2009.

_/s/ Karen L. Strombom_
Karen L. Strombom
United States Magistrate Judge

Presented by:
/s/Charles W. Talbot
Charles W. Talbot, WSBA # 7448
Attorney for Plaintiff

LAW OFFICE OF
TALBOT & ASSOCIATES, P.S.
5005 CENTER STREET, STE. E.
TACOMA, WASHINGTON, 98409
FAX (253) 564-9300
PHONE (253) 566-9300

ORDER AWARDING ATTORNEY'S
FEES PURSUANT TO 42 U.S.C. § 406(b) - 1