# United States District Court

WESTERN DISTRICT OF WASHINGTON

GLORIA J. HUNT

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,
Acting Commissioner of
Social Security Administration

CASE NUMBER: C06-5514KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That counsel for the plaintiff shall be awarded attorney's fees pursuant to 42 U.S.C. § 406(b) in the gross amount of $12,619.50 less the prior EAJA award of $3,069.56, for a net award of attorney's fees in the amount of $9,549.94.

| | |
|---|---|
| July 21, 2009 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |